IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICKA NELLON and SOFIA MONTANO,<br><br>     Plaintiffs,<br><br>  v.<br><br>ZILLOW GROUP, INC.,<br><br>     Defendant. | Civil Action No. 1:19-cv-10734-ADB<br><br>NOTICE OF SETTLEMENT |

**NOTICE OF SETTLEMENT**

COME NOW Plaintiffs, Fredericka Nellon and Sofia Montano, by and through their undersigned counsel, and hereby advise the Court that they have reached an agreement in principle with Defendant Zillow Group, Inc., in the above-captioned matter. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Dated: June 24, 2019        Respectfully Submitted,

                */s/ Jason M. Leviton*
                Jason M. Leviton (BBO# 678331)
                **BLOCK & LEVITON LLP**
                260 Franklin Street, Suite 1860
                Boston, MA 02110
                Phone: (617) 398-5600
                jason@blockesq.com

                Benjamin J. Sweet (*To be admitted Pro Hac Vice*)
                ben@sweetlawpc.com
                **THE SWEET LAW FIRM, P.C.**
                186 Mohawk Drive
                Pittsburgh, PA 15228
                Phone: (412) 742-0631

Jonathan D. Miller (*To be admitted Pro Hac Vice*)
jonathan@nshmlaw.com
Alison M. Bernal (*To be admitted Pro Hac Vice*)
alison@nshmlaw.com
**NYE, STIRLING, HALE & MILLER, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Phone: (805) 963-2345

*Counsel for Plaintiffs, Fredericka Nellon and Sofia Montano*

2

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on June 24, 2019, I filed the foregoing document via CM/ECF, which caused the foregoing document to be served on all parties or their counsel of record who have entered appearances in this matter.

               /s/ Jason M. Leviton
               Jason M. Leviton, Esq.