IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICKA NELLON and SOFIA MONTANO,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW GROUP, INC.,<br><br>Defendant. | Civil Action No. 1:19-cv-10734-ADB<br><br>STIPULATION FOR DISMISSAL |

## **STIPULATION FOR DISMISSAL**

Plaintiffs, SOFIA MONTANO and FREDERICKA NELLON, and Defendant, ZILLOW GROUP, INC., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, in its entirety. The dismissal shall include all claims as between SOFIA MONTANO, FREDERICKA NELLON and ZILLOW GROUP, INC., its predecessors, successors, affiliates, assigns and additional Released Parties as identified in the parties' settlement agreement;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 5, 2019                                  Respectfully Submitted,

*/s/ Jason M. Leviton*                                  /s/ *Ellen Lemire*
Jason M. Leviton (BBO# 678331)          Ellen Lemire (BBO #670994)
**BLOCK & LEVITON LLP**                     Littler Mendelson, P.C.
260 Franklin Street, Suite 1860                One International Place, Suite 2700
Boston, MA 02110                                   Boston, MA 02110
Phone: (617) 398-5600                            (617) 378.6000
jason@blockesq.com                              elemire@littler.com

*Attorneys for Plaintiff*                              *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed with the Clerk's Office through the Court's CM/ECF system, will be sent electronically to the registered participants as identified on the notification of electronic filing (NEF) and paper copies will be sent those indicated as non-registered participants on August 5, 2019.

                                                                  */s/ Jason M. Leviton*
                                                                  Jason M. Leviton